## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JONATHAN PARKS TERRELL**                                    **PLAINTIFF**

**v.**                                    **Civil Action No. 1:14cv325-JCG**

**HEL MERTZ et al.**                                    **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Court's Orders [42, 43] dismissing all claims against all defendants, final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of defendants.  All of Plaintiff's claims against all defendants are dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice.  Plaintiff was assessed a strike under 28 U.S.C. § 1915(g) by Order [42] entered September 10, 2015.

**SO ORDERED** this the 17th day of September, 2015.

*s / John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE